IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEANNIE GLADSON, *as Special Administrator of the Estate of Ryan Erwin, deceased,*

Plaintiff,

v.

PERRY COUNTY, *et al.*,

Defendants.

Case No. 19-cv-553 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: July 2, 2021**         **MARGARET M. ROBERTIE, Clerk of Court**

                                **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**